**FILED - GR**
May 6, 2010 4:09 PM

TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: EC /

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

Plaintiff,                             No.

vs.                                    Hon.

LIBORIO CHAVEZ-ALBALLAR,

Defendant.

_____/         **INDICTMENT**

**1:10-cr-119**

**Robert Holmes Bell**
**U.S. District Judge**

The Grand Jury charges:

## COUNT 1

On or about April 28, 2006, in Kalamazoo County, in the Southern Division of the

Western District of Michigan,

LIBORIO CHAVEZ-ALBALLAR,

under penalty of perjury, knowingly subscribed as true a false statement with respect to a material

fact in a document required by the immigration laws and regulations prescribed thereunder, to

wit, an Employment Eligibility Verification Form I-9, that is, he attested that his name was

Guadalupe Gonzalez-Torres, which statement the defendant then and there knew was false, in

that his real name is Liborio Chavez-Alballar.

18 U.S.C. § 1546(a)

## COUNT 2

On or about April 28, 2006, in Kalamazoo County, in the Southern Division of the Western District of Michigan,

LIBORIO CHAVEZ-ALBALLAR,

did knowingly possess and use a document prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States, that is a Permanent Resident card, Form I-551, in the name of Guadalupe Gonzalez-Torres, which the defendant knew to be forged, counterfeited, and falsely made, in that the defendant possessed and used the forged Permanent Resident card to fill out an Employment Eligibility Verification Form I-9, at Nash Greenhouse, E. Main Street, Kalamazoo, Michigan.

18 U.S.C. § 1546(a)

## COUNT 3

On or about May 31, 2006, in Kalamazoo County, in the Southern Division of the

Western District of Michigan,

### LIBORIO CHAVEZ-ALBALLAR,

for the purpose of satisfying a requirement of the employment verification system set forth in

subsection 274A(b) of the Immigration and Nationality Act, used an identification document, to

wit, a fraudulently obtained Michigan Operator's License in the name of Guadalupe Gonzalez-

Torres, knowing that said document was not issued lawfully for the use of Liborio Chavez-

Alballar, who possessed said document.

18 U.S.C. § 1546(b)(1)
8 U.S.C. § 1324a(b)(1)(D)(i)

## **COUNT 4**

On or about October 18, 2006, in Kalamazoo County, in the Southern Division of the

Western District of Michigan,

### LIBORIO CHAVEZ-ALBALLAR

did knowingly make a false statement or claim that he was a citizen of the United States in order

to register to vote in any federal, state, or local election.

18 U.S.C. § 1015(f)

A TRUE BILL

_____
GRAND JURY FOREPERSON

DONALD A. DAVIS
United States Attorney

_____
JOHN F. SALAN
Assistant United States Attorney

-4-